UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DEBORAH ORSLAND, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | No. 3:13-1184 |
| v. | ) | Judge Nixon/Brown |
| | ) | **Jury Demand** |
| STATE FARM FIRE AND | ) | |
| CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

**O R D E R**

This matter has been referred to the undersigned for customized case management. In reviewing the docket sheet it does not appear that a scheduling order has been entered in this case, even though it was removed to this Court on October 25, 2013 (Docket Entry 1).

It also appears that on March 7, 2014, counsel were to give notice to the Court whether they would like to submit names of potential independent experts to the Court and have the Court select such an expert. The minute entry further states that if the parties do not wish to proceed with an independent expert opinion, the Court will enter a case management order. It does not appear, however, that a case management order has been entered. All stays on discovery are lifted.

On May 28, 2014, a motion was filed to quash notice of inspection for failure to comply with Rule 34(B)(2)(A) (Docket Entry 20). A timely response to this motion has not been filed.

A scheduling order needs to be entered in this matter and the issue of inspection raised in Docket Entry 20 needs to be resolved. A telephone conference to discuss these matters is set for **Tuesday, July 1, 2014, at 1:30 p.m. To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

By **noon, Monday, June 30, 2014**, the parties will submit a draft scheduling order to brownchambers@tnmd.uscourts.gov. In the draft scheduling order the parties will specifically provide that prior to filing any discovery-related motions, the parties will schedule and conduct a telephone conference with the Magistrate Judge. The counsel requesting the conference call shall check with opposing counsel as to their availability before setting a time certain with the Magistrate Judge.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge