IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| DEBORAH ORSLAND, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No. 3:13-cv-01184 |
| v. | ) Judge Aleta A. Trauger |
| | ) Jury Demand |
| STATE FARM FIRE AND CASUALTY COMPANY | ) |
| | ) |
| **Defendant.** | ) |

**ORDER OF COMPROMISE AND DISMISSAL**

Upon motion of the parties and for good cause shown, it is hereby It is hereby

ORDERED, ADJUDGED and DECREED that the above action is hereby dismissed with full prejudice as to refilng of same against this Defendant.

ENTERED this 13th day of January, 2015.

_____
Judge Aleta A. Trauger

**APPROVED FOR ENTRY**:

/s/ Jonathan L. Bobbitt
Jonathan L. Bobbitt (BPR #23515)
Gilbert Russell McWherter Scott & Bobbitt PLC
341 Cool Springs Blvd, Suite 230
Franklin, Tennessee  37067
Telephone: (615) 664-1144
*Attorneys for Plaintiff*


/s/ Matthew J. Evans
Matthew J. Evans (BPR #017973)
Katherine S. Goodner (BPR # 030499)
PAINE | BICKERS LLP
2200 Riverview Tower
900 South Gay Street
Knoxville, TN 37902
(865) 525-0880 (t)
(865) 521-7441 (f)
*Counsel for Defendant State Farm Fire & Casualty Company*